USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_03/26/2024\_\_

New York, New York 10278

March 25, 2024

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Derval Lazzari et al.*, 14 Cr. 616 (AT)

Dear Judge Torres:

The Government respectfully submits this letter to provide the Court with an update on the above-captioned case. The Office of International Affairs of the U.S. Department of Justice recently informed the Government that defendant Derval Lazzari passed way in Argentina and, accordingly, further extradition proceedings in Argentina have been terminated. The Government has requested documentation confirming this information but has not yet received it.

In light of these events, the Government respectfully requests that the Court extend the deadline for the filing of a joint status report in this case to April 8, 2024.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

GRANTED. By **April 8, 2024**, the parties shall file a status report and shall also indicate whether a presentence investigation report should be ordered for co-defendant Matthew Dickmann.

SO ORDERED.

Dated: March 26, 2024
New York, New York

ANALISA TORRES
United States District Judge