USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/10/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DERVAL LAZZARI and
MATTHEW DICKMANN,

                      Defendants.

14 Cr. 616 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On March 26, 2024, the Court ordered the parties to file a status report by April 8, 2024, indicating whether a presentence investigation report should be ordered for Defendant Matthew Dickmann. ECF No. 77. That status update is overdue. By **April 12, 2024**, the parties shall file the status update.

       SO ORDERED.

Dated: April 10, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge